DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANTAL MORGAN,**
Appellant,

v.

**1 DAY LLC,**
Appellee.

No. 4D2024-1271

[December 17, 2025]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Edward A. Garrison, Judge; L.T. Case No. 502023CC004995.

Shantal Morgan, Orlando, pro se.

Michael R. Seward of Law Office of Michael R. Seward, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979).

GROSS, FORST and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***